UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| MICHAEL DROUIN, AND<br>JENNIFER DROUIN<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.,<br>OPTION ONE MORTGAGE CORPORATION<br>(now known as SAND CANYON CORPORATION), AND<br>WELLS FARGO BANK, N.A.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:11-CV-596-JL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT
SAND CANYON CORPORATION
FORMERLY KNOWN AS OPTION ONE MORTGAGE CORPORATION.**

Sand Canyon Corporation f/k/a Option One Mortgage Corporation is a wholly-owned subsidiary of OOMC Holdings LLC, a Delaware limited liability company, which is a wholly-owned subsidiary of Block Financial LLC, a Delaware limited liability company, which is a wholly-owned subsidiary of H&R Block Group, Inc., a Delaware corporation, which is a wholly-owned subsidiary of H&R Block, Inc., a Missouri corporation.

Dated:  March 21, 2012

                                            OPTION ONE MORTGAGE
                                            CORPORATION (now known as Sand
                                            Canyon Corporation)
                                            by its Attorney:

                                            /s/ Victor Manougian
                                            Victor Manougian, Esquire
                                            Guaetta & Benson, LLC
                                            P.O. Box 519
                                            Chelmsford, MA. 01824
                                            Tel: 978-250-0999
                                            BNH# 05468
                                            victormanougian@guaettalaw.com

## **CERTIFICATE OF SERVICE**

      I, Victor Manougian, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 21, 2012.

                                                         /s/ Victor Manougian
                                                         Victor Manougian, Esq.