UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Michael Drouin, et al.

        v.                                      Civil No. 11-cv-596-JL

American Home Mortgage
Servicing, Inc., et al.


O R D E R

      Pursuant to Fed. R. Civil. P. 5(d), initial disclosures under Rule 26(a)(1) must not be filed until they are used in the proceeding or the court orders their filing. Therefore, Document No. 40, Plaintiff's Initial Disclosure Statement by Kathleen and Michael Drouin, is herewith ordered stricken and removed from the docket.

      SO ORDERED.


September 14, 2012                                  _____
                                                        Joseph N. Laplante
                                                        Chief Judge


cc:    Robert M.A. Nadeau, Esq.
        Paula-Lee Chambers, Esq.
        Geoffrey M. Coan, Esq.
        Thomas C. Tretter, Esq.
        Victor Manougian, Esq.