UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Drouin et al.

    v.                                    Civil No. 11-cv-596-JL

American Home Mortgage
Servicing, Inc., et al.

## O R D E R

The court has undertaken active consideration of the motion to dismiss (document no. 68), and anticipates ruling on the motion on or about April 8, 2013.  As the pendency of the motion to dismiss was the court's primary reason for delaying a ruling on the pending motion to withdraw (document no. 57), no ruling on the motion to withdraw will issue until the court has resolved the motion to dismiss.  Plaintiffs are granted leave to file a late objection to the motion to dismiss, but the court does not anticipate delaying its ruling while awaiting an objection.

    **SO ORDERED.**

                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

Dated: April 1, 2013

cc:   Robert M.A. Nadeau, Esq.
      Paula-Lee Chambers, Esq.
      Geoffrey M. Coan, Esq.
      Thomas C. Tretter, Esq.
      Victor Manougian, Esq.